IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARKANSAS REALTORS® ASSOCIATION                    PLAINTIFF


v.                          NO. 5:06-CV-05040-JLH


CELTIC CONSTRUCTION INC.                          DEFENDANT

## CONSENT JUDGMENT

Upon review of the entire file of this case, the agreement of the parties, and other matters of proof and law, the Court finds and orders as follows:

1.    This suit involves the enforcement of certain copyrights in Real Estate Forms owned by Arkansas Realtors® Association ("ARA").

2.    ARA filed this lawsuit on March 6, 2006, and properly served Celtic Construction Inc. on April 11, 2006.

3.    Celtic Construction made copies of a Real Estate Form that is protected by ARA's copyrights,  and Celtic Construction proceeded to use that Form without authorization and in the course of Celtic Construction Inc.'s business of selling homes in the State of Arkansas.

4.    The Form is protected by copyrights duly registered under the provisions of the Copyright Act, 17 U.S.C. § 101 *et seq*.

5.    The Form contained a statutory notice of copyright as set forth in 17 U.S.C. § 401.

6.    The unauthorized copying and use of the copyrighted form is an infringement of ARA's copyrights under 17 U.S.C.  § 501.

7.    ARA is entitled to relief under the Copyright Act for the unauthorized copying and use of the form.

8.    ARA has incurred costs in the amount of $290.00 and reasonable attorneys' fees in the amount of $2,310.00 in prosecuting this action.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECEED AS FOLLOWS:

A.    Celtic Construction Inc. is permanently enjoined, pursuant to 17 U.S.C. §  502 from copying , reproducing or otherwise using ARA's Forms without authorization;

B.    Celtic Construction shall pay ARA $2,600 for statutory damages, liquidated damages, and attorneys' fees and costs incurred in prosecution of this suit pursuant to 17 U.S.C. §§ 504 and 505;

C.    Post-judgment interest shall accrue at the highest rate allowed by Arkansas law until paid in full; and

D.    This Court retains jurisdiction of this matter consistent to enforce this consent judgment pursuant to 17 U.S.C. § 502.

IT IS SO ORDERED this 16th day of May, 2006.


/s/Jimm Larry Hendren
Honorable Jimm Larry Hendren
United States District Judge

APPROVED AND ENTRY REQUESTED BY:

QUATTLEBAUM, GROOMS,
   TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700

By: _____
      Timothy W. Grooms
      David A. Curran
      Joseph R. Falasco

*Attorneys for the Arkansas Realtors® Association*

Mark M. Henry, Esq.,
HENRY LAW FIRM
Post Office Box 1105
Fayetteville, Arkansas 72702

and

W. Blair Brady, Esq.
BRADY & PLATT, P.L.C.
2792 E. Millennium
Fayetteville, Arkansas 72703

By: _____
      Mark M. Henry
      W. Blair Brady

*Attorneys for Celtic Construction Inc.*